IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA I. PAYNE, | : | Civil No. 3:17-cv-1230 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| MARGARET GORDON, *et al.,* | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _151_ day of August, 2018, upon consideration of the

Commonwealth Defendants' motion (Doc. 18) for summary judgment, and for the reasons

set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1.    The motion (Doc. 18) is **GRANTED** in part and **DENIED** in part, as follows:

    a.    The motion is **GRANTED** to the extent that the Commonwealth
Defendants are entitled to Eleventh Amendment immunity from suit for
acts taken in their official capacities.

    b.    The motion is **DENIED** to the extent that the Commonwealth
Defendants seek dismissal of all claims against them based on failure
to exhaust administrative remedies.

2.    On or before August 21, 2018, the Commonwealth Defendants shall **FILE** an
answer or appropriate pretrial motion addressing the merits of Plaintiff's
claims.

Robert D. Mariani
United States District Judge