IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA I. PAYNE, | : | Civil No. 3:17-cv-1230 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MARGARET GORDON, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ___31___ day of August, 2018, upon consideration of Defendant Rodgers' motion (Doc. 16) for summary judgment, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 16) for summary judgment is **GRANTED** as follows:

   a. The motion is **GRANTED** based on Plaintiff's failure to oppose the motion as required by Local Rule 7.6.

   b. The motion is **GRANTED** as a matter of law based on Plaintiff's failure to set forth facts showing a genuine dispute for trial as to Defendant Rodgers' involvement in any of Plaintiff's pending causes of action.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Courtney Rodgers, D.O.

3. The Clerk of Court is further directed to **TERMINATE** Courtney Rodgers, D.O. as a party to this action.

4. Defendant Rodgers' motion (Doc. 12) to revoke Plaintiff's *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g) is **DISMISSED** as moot.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge