IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA I. PAYNE, | : | Civil No. 3:17-cv-1230 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MARGARET GORDON, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 6th day of February, 2020, upon consideration of Plaintiff's motion (Doc. 62) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 62) is **DENIED**.

2. Defendants' request for dismissal of the conspiracy claim on the basis of qualified immunity is **DENIED** without prejudice.

3. A separate Order will issue setting this case for trial.

Robert D. Mariani
United States District Judge